**Order entered October 27, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-01032-CR

**EVER RICARDO MARTINEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-84380-2019**

### ORDER

Before the Court is the State's October 25, 2022 motion for extension of time to file the State's brief. We **GRANT** the motion and **ORDER** the State's brief received with the motion filed as of the date of this order.

/s/   LANA MYERS
      JUSTICE